**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KELLY N. BROGAN | * | Civil Action No.  2:26-cv-00546 |
| Plaintiff | * | Judge James L. Graham |
| vs. | * | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al. | * | |
| | * | |
| Defendants | | |

## NOTICE OF SERVICE OF COMPLAINT

Now comes Plaintiff Kelly N. Brogan, by and through counsel, and hereby gives notice of the service the Complaint filed on May 6, 2026 to Defendant United States Department of Education, 400 Maryland Ave., S.W., Washington, D.C. 20202 via certified mail on May 19, 2026 per the attached tracking information from the U.S. Postal Service.

Respectfully submitted,

/s/ *David C. Greer*
David C. Greer, Trial Attorney
Atty. Reg. No:   0009090
*Attorneys for Plaintiff Kelly N. Brogan*
BIESER, GREER & LANDIS, LLP
409 E. Monument Avenue, Suite 400
Dayton, OH  45402-1482
Tel: (937) 272-4459
E-mail: dcg@biesergreer.com
Fax: (937) 250-7773

4902-7176-6192, v. 1