**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KELLY N. BROGAN | * | Civil Action No.  2:26-cv-00546 |
| Plaintiff | * | Judge James L. Graham |
| vs. | * | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al. | * | |
| | * | |
| Defendants | | |

**NOTICE OF SERVICE OF COMPLAINT**

Now comes Plaintiff Kelly N. Brogan, by and through counsel, and hereby gives notice of the service the Complaint filed on May 6, 2026 to the following entities via certified mail on May 29, 2026:

1.    Civil Process Clerk
      U.S. Attorney's Office, Southern District of Ohio
      303 Marconi Boulevard, Suite 200
      Columbus, OH 43215

2.    Attorney General of the United States
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

                              Respectfully submitted,

                              /s/ *David C. Greer*
                              David C. Greer, Trial Attorney
                              Atty. Reg. No:   0009090
                              *Attorneys for Plaintiff Kelly N. Brogan*
                              BIESER, GREER & LANDIS, LLP
                              409 E. Monument Avenue, Suite 400
                              Dayton, OH  45402-1482
                              Tel: (937) 272-4459
                              E-mail: dcg@biesergreer.com
                              Fax: (937) 250-7773

4897-6432-0176, v. 1