**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| KELLY N. BROGAN, | : | Case No. 2:26-cv-00546 |
| Plaintiff, | : | District Judge James L. Graham |
| v. | : | Magistrate Judge S. Courter Shimeall |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | : | |
| | : | |
| Defendants. | | |

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

Linda Mindrutiu, Assistant United States Attorney, hereby gives notice of her appearance as counsel for Defendants, United States Department of Education and Linda McMahon, the United Stated Secretary of Education.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Linda Mindrutiu*
LINDA MINDRUTIU (0082341)
Assistant United States Attorney
Attorney for Defendants
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-7108
Fax: (513) 684-6972
E-mail: linda.mindrutiu@usdoj.gov