# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

KELLY N. BROGAN,                          :      Case No. 2:26-cv-00546

        Plaintiff,                       :      District Judge James L. Graham

    v.                                  :      Magistrate Judge S. Courter Shimeall

UNITED STATES DEPARTMENT OF  :
EDUCATION, *et al.*,

                           :

        Defendants.

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

---

Defendants, United States Department of Education and Linda McMahon, the United Stated Secretary of Education, and Plaintiff Kelly N. Brogan, file this notice to advise the Court, pursuant to Local Rule 6.1, that the parties have agreed to a stipulated 21-day extension of time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint. Defendants have not sought or been granted any prior extensions of time in this action.

Pursuant to stipulation, Defendants' extended deadline to answer, move, or otherwise respond is August 24, 2026.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

2

Plaintiff:                                              Defendants:

                                                        Dominick S. Gerace, III
                                                        United States Attorney

*/s/David C. Greer*                                     */s/Linda Mindrutiu*
David C. Greer, Trial Attorney                          Linda Mindrutiu
BIESER, GREER & LANDIS, LLP                             Assistant United States Attorney
409 E. Monument Avenue, Suite 400                       221 East Fourth Street, Suite 400
Dayton, Ohio 45402                                      Cincinnati, Ohio 45202
Phone: (937) 272-4459                                   Phone: (513) 684-3711
Fax: (937) 250-7773                                     Fax: (513) 684-6972
dcg@biesergreer.com                                     linda.mindrutiu@usdoj.gov
Ohio Bar #0009090                                       Ohio Bar #0082341
*Counsel for Plaintiff*                                 *Counsel for Defendants*

2